NETTIE TRON et al., Respondents, v. CARROLL A. THIME, Defendant, and RUTH TRON, Appellant.— In an action by respondent Nettie Tron to recover damages for personal injuries, and by her husband to recover damages for medical expenses and loss of services, judgment in favor of respondents unanimously affirmed, with costs. No opinion. Present — Johnston, Adel, Wenzel and MacCrate, JJ.; Nolan, P. J., not voting.

In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased. LEWIS LUCKENBACH et al., Appellants; EDGAR F. LUCKENBACH, JR., et al., Respondents.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Carswell, Acting P. J., Sneed, Wenzel and MacCrate, JJ.; Johnston, J., not voting. [See *ante,* p. 114; *post,* p. 841.]

## (March 12, 1951.)

STUART BARNET, Doing Business under the Name of NATIONAL REALTY COMPANY, Appellant, v. SIDNEY J. HORWITZ et al., Respondents.— In an action to recover brokerage commissions, order of the County Court, Westchester County, denying plaintiff's motion for summary judgment, reversed on the law, with $10 costs and disbursements, and the motion granted, with $10 costs. The counterclaim on its face does not set forth a cause of action and in any event no factual showing is made which would indicate that a triable issue exists. There is no dispute that plaintiff has earned his commission as a broker in the amount set forth in the complaint. The affidavit in opposition is made by an attorney who does not reveal personal knowledge of the facts. It is without probative value. (*City Sav. Bank of Brooklyn* v. *Torro,* 253 App. Div. 748, 749; *Favole* v. *Gallo,* 263 App. Div. 729.) Carswell, Acting P. J., Johnston, Sneed, Wenzel and MacCrate, JJ., concur.

VICTORIA BIWALD et al., Respondents, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Action by plaintiff wife to recover damages for personal injuries alleged to have been suffered when she slipped and fell on ice on a ramp leading to the basement of a multiple dwelling owned and operated by defendant, in which building she was a tenant. Companion action by her husband for medical expenses and loss of services. Judgment in favor of plaintiffs, entered after trial before the court, without a jury, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.

BROOKLYN STONE RENOVATING CO., INC., Respondent, v. ROSE FOGLIETTO, Appellant, and LOUIS MARCHESI, Impleaded Defendant.— In an action to foreclose mechanic's liens, judgment in plaintiff's favor, holding the liens valid and enforcible, decreeing the amount due thereon, directing foreclosure and sale, and dismissing on the merits counterclaims alleged in appellant's answer, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post,* p. 768.]